**BRADLEY J. ARMSTRONG**
State Bar No. 018222
239 N. Meyer Avenue
Tucson, Arizona 85701
(520) 884-7997
(520) 884-1122 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| | ) | CR-22-00269-TUC-JAS (BGM) |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO MODIFY** |
| | ) | **CONDITIONS OF RELEASE** |
| Enrique Hernandez, | ) | |
| | ) | (First Request) |
| Defendant. | ) | (Defendant Out of Custody) |
| _____ | ) | (Unopposed) |

Enrique Hernandez, by and through undersigned counsel, respectfully requests the Court modify her conditions of release for the following reasons:

1. Mr. Hernandez would like to travel to Nogales, Republic of Mexico, from June 25 through June 26, 2022. The purpose of the trip would be to obtain dental work. Pretrial Officer Gallagher also has no objection to this request. Assistant United States Attorney Eltringham defers to the discretion of Mr. Gallagher.

WHEREFORE the undersigned respectfully requests the Court enter an Order permitting Mr. Hernandez to travel to Nogales, Republic of Mexico from June 25 through June 26, 2022.

RESPECTFULLY SUBMITTED: June 16 2022.

s/ Bradley J. Armstrong
_____
BRADLEY J. ARMSTRONG